**Commonwealth ex rel. Shank, Appellant, *v.* Rundle.**

Submitted November 10, 1965. Before BELL, C. J., MUSMANNO, JONES, EAGEN, O'BRIEN and ROBERTS, JJ.

*Harry M. Shank, Jr.*, appellant, in propria persona.

*Myrna P. Field* and *Joseph M. Smith*, Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.*, First Assistant District Attorney, and *James C. Crumlish, Jr.*, District Attorney, for appellee.

OPINION PER CURIAM, March 22, 1966:
Order affirmed.